# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATE OF AMERICA,

        Plaintiff,

Case Number: 08-11224

Honorable: Robert H. Cleland

VS.

Claim Number: 1997A13094

ANGELA L. LEWIS,

        Defendant,
_____/
PAMELA S. RITTER (P47886)
Holzman Ritter & Leduc PLLC.
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340
_____/

## ORDER FOR WAGE ASSIGNMENT

In accordance with the Stipulation of the parties: It is hereby ordered that IMANI RESIDENTIAL SERVICES deduct the sum of $32.50 per pay from the wages of said defendant, ANGELA L. LEWIS social security number: XXX-XX-2675 and transmit such sum to:

        U.S. Department of Justice
        NCIF
        P.O. Box 70932
        Charlotte, NC 28272-0932

**Please include account number 1997A13094**

This wage assignment is to remain in effect until the balance of **$3,809.93 plus accruing interest** is satisfied. The office of HOLZMAN RITTER & LEDUC PLLC., Attorney for UNITED STATES OF AMERICA will notify IMANI RESIDENTIAL SERVICES when the remaining balance is less than $100.00 so that no overpayment is created.

A copy of this order is to be served upon IMANI RESIDENTIAL SERVICES Payroll Department.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: June 19, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 19, 2008, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522